**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KELLOGG, SANDRA JUANITA | § | Case No. 13-81620 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 01, 2013. The undersigned trustee was appointed on July 17, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       25,133.55

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 87.46 |
| Administrative expenses | 3,005.00 |
| Bank service fees | 92.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 21,948.37 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 09/27/2013 and the deadline for filing governmental claims was 10/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,720.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $2,720.73, for a total compensation of $2,720.73.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2014  By: /s/JAMES E. STEVENS
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81620  
**Case Name:** KELLOGG, SANDRA JUANITA  

**Period Ending:** 04/08/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/01/13 (f)  
**§341(a) Meeting Date:** 06/06/13  
**Claims Bar Date:** 09/27/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | $50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with BMO Harris | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Household Furnishings, Computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Prudential Term Life Insurance Policy - No cash | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Mutual of Omaha Whole Life Insurance Policy | 476.79 | 0.00 | | 0.00 | FA |
| 7 | Vanguard IRA Account | 18,087.55 | 0.00 | | 0.00 | FA |
| 8 | 2005 Chevrolet Cavalier 61,684 Miles Fair Condit | 4,385.00 | 0.00 | | 0.00 | FA |
| 9 | 1984 Shamrock Mobile Home | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1984 Torch Mobile Home Located at 621 Terrace Dr | 20,000.00 | 25,000.00 | | 25,133.55 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$54,199.34** | **$25,000.00** | | **$25,133.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 17, 2014    **Current Projected Date Of Final Report (TFR):** April 3, 2014 (Actual)

Printed: 04/08/2014 12:52 PM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81620  
**Case Name:** KELLOGG, SANDRA JUANITA  

**Taxpayer ID #:** **-***7322  
**Period Ending:** 04/08/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $277,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/13 | {10} | Diorothy Koepke | amount due on purchase of mobile home | 1129-000 | 961.09 | | 961.09 |
| 11/03/13 | | Dorothy Koepke | amount due on purchase of mobile home | | 21,560.00 | | 22,521.09 |
| | {10} | | Total from Buyer       25,133.55 (including rent proration) | 1129-000 | | | 22,521.09 |
| | | | Realtor Commission       -1,625.00 | 3510-000 | | | 22,521.09 |
| | | | Oakbrook Estates Filing       -900.00 fee | 3520-000 | | | 22,521.09 |
| | | | late fee for taxes       -25.00 | 4800-000 | | | 22,521.09 |
| | | | taxes       -62.46 | 4800-000 | | | 22,521.09 |
| | {10} | | Buyer paid additional       -961.09 monies separately | 1129-000 | | | 22,521.09 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.75 | 22,497.34 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.59 | 22,461.75 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.38 | 22,428.37 |
| 02/11/14 | 101 | WIPFLI, LLP | preparation of 1041T Stopped on 03/11/14 | 3310-000 | | 480.00 | 21,948.37 |
| 03/11/14 | 101 | WIPFLI, LLP | preparation of 1041T Stopped: check issued on 02/11/14 | 3310-000 | | -480.00 | 22,428.37 |
| 03/11/14 | 102 | WIPFLI | payment of invoice 779012 | 3410-000 | | 480.00 | 21,948.37 |
| | | | **ACCOUNT TOTALS** | | 22,521.09 | 572.72 | **$21,948.37** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,521.09 | 572.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,521.09** | **$572.72** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4066** | 22,521.09 | 572.72 | 21,948.37 |
| | **$22,521.09** | **$572.72** | **$21,948.37** |

{} Asset reference(s)    Printed: 04/08/2014 12:52 PM    V.13.14

Printed: 04/08/14 12:52 PM

## Claims Distribution Register

Page: 1

**Case: 13-81620   KELLOGG, SANDRA JUANITA**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/01/13 | 200 | Barrick, Switzer Law Firm<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 4,498.00 | 4,498.00 | 0.00 | 4,498.00 | 4,498.00 |
| | 05/01/13 | 200 | Barrick, Switzer Law Firm<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 4,049.08 | 4,049.08 | 0.00 | 4,049.08 | 4,049.08 |
| | 05/01/13 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 19707.27] | 2,720.73 | 2,720.73 | 0.00 | 2,720.73 | 2,720.73 |
| | | | **Total for Priority 200:   100% Paid** | **$11,267.81** | **$11,267.81** | **$0.00** | **$11,267.81** | **$11,267.81** |
| | | | **Total for Admin Ch. 7 Claims:** | **$11,267.81** | **$11,267.81** | **$0.00** | **$11,267.81** | **$11,267.81** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/02/13 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 3,823.77 | 3,823.77 | 0.00 | 3,823.77 | 3,823.77 |
| 2 | 08/15/13 | 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 260.37 | 260.37 | 0.00 | 260.37 | 260.37 |
| | | | **Total for Priority 610:   100% Paid** | **$4,084.14** | **$4,084.14** | **$0.00** | **$4,084.14** | **$4,084.14** |
| 3 | 02/04/14 | 620 | Laurence A. Wilbrandt, Ltd.<br>65 S. Virginia St.<br>Crystal Lake, IL 60014<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 |
| 4 | 02/04/14 | 620 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 163.51 | 163.51 | 0.00 | 163.51 | 163.51 |
| | | | **Total for Priority 620:   100% Paid** | **$1,163.51** | **$1,163.51** | **$0.00** | **$1,163.51** | **$1,163.51** |
| 1I | 07/02/13 | 640 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 4.83 | 4.83 | 0.00 | 4.83 | 4.83 |

Printed: 04/08/14 12:52 PM      **Claims Distribution Register**      Page: 2

### Case: 13-81620   KELLOGG, SANDRA JUANITA

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2I | 08/15/13 | 640 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 0.33 | 0.33 | 0.00 | 0.33 | 0.33 |
| 3I | 02/04/14 | 640 | Laurence A. Wilbrandt, Ltd.<br>65 S. Virginia St.<br>Crystal Lake, IL 60014<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 1.26 | 1.26 | 0.00 | 1.26 | 1.26 |
| 4I | 02/04/14 | 640 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 0.21 | 0.21 | 0.00 | 0.21 | 0.21 |
| | | | **Total for Priority 640:   100% Paid** | **$6.63** | **$6.63** | **$0.00** | **$6.63** | **$6.63** |
| SURPLUS | 05/01/13 | 650 | KELLOGG, SANDRA JUANITA<br>621 TERRACE DR.<br>CRYSTAL LAKE, IL 60014<br>&lt;8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)&gt; | 5,426.28 | 5,426.28 | 0.00 | 5,426.28 | 5,426.28 |
| | | **Priority 650:   100% Paid** | | | | | | |
| | | | **Total for Unsecured Claims:** | **$10,680.56** | **$10,680.56** | **$0.00** | **$10,680.56** | **$10,680.56** |
| | | | **Total for Case :** | **$21,948.37** | **$21,948.37** | **$0.00** | **$21,948.37** | **$21,948.37** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-81620
Case Name: KELLOGG, SANDRA JUANITA
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 21,948.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,948.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,720.73 | 0.00 | 2,720.73 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 4,498.00 | 0.00 | 4,498.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer Law Firm | 4,049.08 | 0.00 | 4,049.08 |

Total to be paid for chapter 7 administration expenses: $ 11,267.81
Remaining balance: $ 10,680.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,680.56

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,680.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,084.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,823.77 | 0.00 | 3,823.77 |
| 2 | American Express Centurion Bank | 260.37 | 0.00 | 260.37 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,084.14 |
| Remaining balance: | $ | 6,596.42 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,163.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Laurence A. Wilbrandt, Ltd. | 1,000.00 | 0.00 | 1,000.00 |
| 4 | First National Bank of Omaha | 163.51 | 0.00 | 163.51 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 1,163.51 |
| Remaining balance: | $ | 5,432.91 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 5,432.91

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.63. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $5,426.28.

**UST Form 101-7-TFR (05/1/2011)**