**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KELLOGG, SANDRA JUANITA § Case No. 13-81620
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/21/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/15/2014          By:  /s/JAMES E. STEVENS
                                                                                           Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KELLOGG, SANDRA JUANITA § Case No. 13-81620
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,133.55 |
| *and approved disbursements of* | $ 3,185.18 |
| *leaving a balance on hand of* [1] | $ 21,948.37 |
| **Balance on hand:** | $ 21,948.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,948.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,720.73 | 0.00 | 2,720.73 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 4,498.00 | 0.00 | 4,498.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer Law Firm | 4,049.08 | 0.00 | 4,049.08 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,267.81 |
| Remaining balance: | $ 10,680.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,680.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,680.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,084.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,823.77 | 0.00 | 3,823.77 |
| 2 | American Express Centurion Bank | 260.37 | 0.00 | 260.37 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,084.14 |
| Remaining balance: | $ | 6,596.42 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,163.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Laurence A. Wilbrandt, Ltd. | 1,000.00 | 0.00 | 1,000.00 |
| 4 | First National Bank of Omaha | 163.51 | 0.00 | 163.51 |

Total to be paid for tardy general unsecured claims: $ 1,163.51
Remaining balance: $ 5,432.91

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 5,432.91

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.63. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,426.28.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                         Case No. 13-81620-TML
Sandra Juanita Kellogg                                         Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon               Page 1 of 1     Date Rcvd: Apr 16, 2014
                              Form ID: pdf006            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2014.
db             +Sandra Juanita Kellogg,    2255 Highway 334,    Forrest City, AR 72335-7947
20428655       +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
20874427        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20428656       +Barrington Cardiology SC,    912 W. Northwest Highway,   Fox River Grove, IL 60021-1925
20428657       +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,    Salt Lake City, UT 84130-0285
20428658       +Centegra Health System,    Centegra Hospital - McHenry,    PO Box 1447,    Woodstock, IL 60098-1447
20428659       +Centegra Physician Care,    13707 W. Jackson St.,   Woodstock, IL 60098-3188
20428660       +Centegra Primary Care,    Attn: Billing Dept.,   13707 W Jackson Street,
                 Woodstock, IL 60098-3188
20428661       +Centegra Primary Care LLC,    13707 W. Jackson Street,    Woodstock, IL 60098-3188
20428663       +Family Alliance, Inc.,    2028 N. Seminary Dr.,   Woodstock, IL 60098-2626
20428664       +First National Bank Credit Card Center,    Attention: Bankruptcy Department,
                 1620 Dodge St. Stop Code: 3105,    Omaha, NE 68197-0003
21490742       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20428665       +Haider Medical Group, LTD,    5911 Northwest Hwy.,   Crystal Lake, IL 60014-8043
20428666       +Home State Bank,   40 Grant St,    Crystal Lake, IL 60014-4367
20428667       +James Massaro DPM LTD,    Cary Grove Foot & Ankle,   113 W. Main Street,    Cary, IL 60013-2718
20878636       +Laurence A. Wilbrandt,    65 S. Virginia St.,   Crystal Lake, IL 60014-5852
21488358       +Laurence A. Wilbrandt, Ltd.,    65 S. Virginia St.,   Crystal Lake, IL 60014-5818
20428669       +Lincare, Inc.,   3556 Lakeshore Rd., Ste. 214,    Buffalo, NY 14219-1400
20428672       +Mercy Health System,    P.O. Box 5081,   Janesville, WI 53547-5081
20428671       +Mercy Health System,    P.O. Box 5177,   Janesville, WI 53547-5177
20428674       +Oakbrook Estates Mobile Home Park,    Dearborn Station Mgnt. Co.,    47 W. Polk St., Ste. M11,
                 Chicago, IL 60605-2020
20428673       +Oakbrook Estates Mobile Home Park,    c/o Dearborn Stations Mgnt. Co.,    47 W. Polk St., Ste. M11,
                 Chicago, IL 60605-2020
20428675       +Podiatric Management Systems,    30 S. Michigan Ave.,    Chicago, IL 60603-3218
20428676       +Retina Institute of Illinois,    820 E. Terra Cotta Suite 247,    Crystal Lake, IL 60014-3655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20428662        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2014 01:32:44       Discover Fin,   Po Box 15316,
                 Wilmington, DE 19850
20684830        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2014 01:32:44       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20428668*      +James Massaro DPM LTD,    Cary Grove Foot & Ankle,   113 W. Main St.,    Cary, IL 60013-2718
20428670*      +Lincare, Inc.,   3556 Lakeshore Rd, Ste. 214,    Buffalo, NY 14219-1400
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2014 at the address(es) listed below:
              Erick  J Bohlman    on behalf of Debtor Sandra Juanita Kellogg abohlman@sbcglobal.net,
               jd@bohlmanlaw.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```