**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KELLOGG, SANDRA JUANITA             § Case No. 13-81620
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $34,199.34 *(without deducting any secured claims)* | Assets Exempt: $22,214.34 |
| Total Distribution to Claimants: $5,341.74 | Claims Discharged Without Payment: $8,788.40 |
| Total Expenses of Administration: $14,365.53 | |

    3) Total gross receipts of $ 25,133.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,426.28 (see **Exhibit 2**), yielded net receipts of $19,707.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,286.00 | $87.46 | $87.46 | $87.46 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,365.53 | 14,365.53 | 14,365.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,091.40 | 5,254.28 | 5,254.28 | 5,254.28 |
| **TOTAL DISBURSEMENTS** | $29,377.40 | $19,707.27 | $19,707.27 | $19,707.27 |

4) This case was originally filed under Chapter 7 on May 01, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/18/2014          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1984 Torch Mobile Home Located at 621 Terrace Dr | 1129-000 | 25,133.55 |
| **TOTAL GROSS RECEIPTS** | | **$25,133.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KELLOGG, SANDRA JUANITA | Dividend paid 100.00% on $5,426.28; Claim# SURPLUS; Filed: $5,426.28; Reference: 8200-002 | | 5,426.28 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,426.28** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Home State Bank | 4110-000 | 16,286.00 | N/A | N/A | 0.00 |
| | Dorothy Koepke | 4800-000 | N/A | 25.00 | 25.00 | 25.00 |
| | Dorothy Koepke | 4800-000 | N/A | 62.46 | 62.46 | 62.46 |
| **TOTAL SECURED CLAIMS** | | | **$16,286.00** | **$87.46** | **$87.46** | **$87.46** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,720.73 | 2,720.73 | 2,720.73 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 4,498.00 | 4,498.00 | 4,498.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barrick, Switzer Law Firm | 3120-000 | N/A | 4,049.08 | 4,049.08 | 4,049.08 |
| Rabobank, N.A. | 2600-000 | N/A | 23.75 | 23.75 | 23.75 |
| Rabobank, N.A. | 2600-000 | N/A | 35.59 | 35.59 | 35.59 |
| Rabobank, N.A. | 2600-000 | N/A | 33.38 | 33.38 | 33.38 |
| WIPFLI | 3410-000 | N/A | 480.00 | 480.00 | 480.00 |
| Dorothy Koepke | 3510-000 | N/A | 1,625.00 | 1,625.00 | 1,625.00 |
| Dorothy Koepke | 3520-000 | N/A | 900.00 | 900.00 | 900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$14,365.53** | **$14,365.53** | **$14,365.53** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 3,760.00 | 3,823.77 | 3,823.77 | 3,823.77 |
| 1I | Discover Bank | 7990-000 | N/A | 4.83 | 4.83 | 4.83 |
| 2 | American Express Centurion Bank | 7100-000 | 233.00 | 260.37 | 260.37 | 260.37 |
| 2I | American Express Centurion Bank | 7990-000 | N/A | 0.33 | 0.33 | 0.33 |
| 3 | Laurence A. Wilbrandt, Ltd. | 7200-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| 3I | Laurence A. Wilbrandt, Ltd. | 7990-000 | N/A | 1.26 | 1.26 | 1.26 |
| 4 | First National Bank of Omaha | 7200-000 | 310.00 | 163.51 | 163.51 | 163.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | First National Bank of Omaha | 7990-000 | N/A | 0.21 | 0.21 | 0.21 |
| NOTFILED | Lincare, Inc. | 7100-000 | 29.25 | N/A | N/A | 0.00 |
| NOTFILED | Lincare, Inc. | 7100-000 | 1.74 | N/A | N/A | 0.00 |
| NOTFILED | Lincare, Inc. | 7100-000 | 5.89 | N/A | N/A | 0.00 |
| NOTFILED | Laurence A. Wilbrandt | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lincare, Inc. | 7100-000 | 1.74 | N/A | N/A | 0.00 |
| NOTFILED | Lincare, Inc. | 7100-000 | 22.48 | N/A | N/A | 0.00 |
| NOTFILED | Haider Medical Group, LTD | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | James Massaro DPM LTD Cary Grove Foot & Ankle | 7100-000 | 67.39 | N/A | N/A | 0.00 |
| NOTFILED | James Massaro DPM LTD Cary Grove Foot & Ankle | 7100-000 | 14.58 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 159.80 | N/A | N/A | 0.00 |
| NOTFILED | Lincare, Inc. | 7100-000 | 5.89 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 196.54 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 80.62 | N/A | N/A | 0.00 |
| NOTFILED | Podiatric Management Systems | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Retina Institute of Illinois | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Podiatric Management Systems | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakbrook Estates Mobile Home Park c/o Dearborn Stations | 7100-000 | 1,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 196.54 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 80.62 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 159.80 | N/A | N/A | 0.00 |
| NOTFILED | Haider Medical Group, LTD | 7100-000 | 14.04 | N/A | N/A | 0.00 |
| NOTFILED | Oakbrook Estates Mobile Home Park c/o Dearborn Stations | 7100-000 | 1,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Alliance, Inc. | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Haider Medical Group, LTD | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Hospital - McHenry | 7100-000 | 14.52 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Hospital - McHenry | 7100-000 | 701.75 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 935.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Cardiology SC | 7100-000 | 54.70 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Hospital - McHenry | 7100-000 | 136.95 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Hospital - McHenry | 7100-000 | 134.94 | N/A | N/A | 0.00 |
| NOTFILED | Family Alliance, Inc. | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Centergra Hospital - McHenry | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 543.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Centegra Primary Care LLC | 7100-000 | 80.62 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Physician Care | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Primary Care | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,091.40 | $5,254.28 | $5,254.28 | $5,254.28 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81620  
**Case Name:** KELLOGG, SANDRA JUANITA  

**Period Ending:** 06/18/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/01/13 (f)  
**§341(a) Meeting Date:** 06/06/13  
**Claims Bar Date:** 09/27/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | $50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with BMO Harris | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Household Furnishings, Computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Prudential Term Life Insurance Policy - No cash | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Mutual of Omaha Whole Life Insurance Policy | 476.79 | 0.00 | | 0.00 | FA |
| 7 | Vanguard IRA Account | 18,087.55 | 0.00 | | 0.00 | FA |
| 8 | 2005 Chevrolet Cavalier 61,684 Miles Fair Condit | 4,385.00 | 0.00 | | 0.00 | FA |
| 9 | 1984 Shamrock Mobile Home | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1984 Torch Mobile Home Located at 621 Terrace Dr | 20,000.00 | 25,000.00 | | 25,133.55 | FA |
| **10** | **Assets    Totals** (Excluding unknown values) | **$54,199.34** | **$25,000.00** | | **$25,133.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 17, 2014            **Current Projected Date Of Final Report (TFR):**    April 3, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-81620 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KELLOGG, SANDRA JUANITA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4066 - Checking Account |
| Taxpayer ID #: | **-***7322 | | Blanket Bond: | $780,000.00 (per case limit) |
| Period Ending: | 06/18/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/13 | {10} | Diorothy Koepke | amount due on purchase of mobile home | 1129-000 | 961.09 | | 961.09 |
| 11/03/13 | | Dorothy Koepke | amount due on purchase of mobile home | | 21,560.00 | | 22,521.09 |
| | {10} | | Total from Buyer   25,133.55 (including rent proration) | 1129-000 | | | 22,521.09 |
| | | | Realtor Commission   -1,625.00 | 3510-000 | | | 22,521.09 |
| | | | Oakbrook Estates Filing   -900.00 fee | 3520-000 | | | 22,521.09 |
| | | | late fee for taxes   -25.00 | 4800-000 | | | 22,521.09 |
| | | | taxes   -62.46 | 4800-000 | | | 22,521.09 |
| | {10} | | Buyer paid additional   -961.09 monies separately | 1129-000 | | | 22,521.09 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.75 | 22,497.34 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.59 | 22,461.75 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.38 | 22,428.37 |
| 02/11/14 | 101 | WIPFLI, LLP | preparation of 1041T Stopped on 03/11/14 | 3310-000 | | 480.00 | 21,948.37 |
| 03/11/14 | 101 | WIPFLI, LLP | preparation of 1041T Stopped: check issued on 02/11/14 | 3310-000 | | -480.00 | 22,428.37 |
| 03/11/14 | 102 | WIPFLI | payment of invoice 779012 | 3410-000 | | 480.00 | 21,948.37 |
| 05/21/14 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $2,720.73, Trustee Compensation;  Reference: | 2100-000 | | 2,720.73 | 19,227.64 |
| 05/21/14 | 104 | KELLOGG, SANDRA JUANITA | Dividend paid 100.00% on $5,426.28; Claim# SURPLUS; Filed: $5,426.28; Reference: | 8200-002 | | 5,426.28 | 13,801.36 |
| 05/21/14 | 105 | American Express Centurion Bank | Combined Check for Claims#2,2I | | | 260.70 | 13,540.66 |
| | | | Dividend paid 100.00%   260.37 on $260.37;  Claim# 2; Filed: $260.37 | 7100-000 | | | 13,540.66 |
| | | | Dividend paid 100.00%   0.33 on $0.33;  Claim# 2I; Filed: $0.33 | 7990-000 | | | 13,540.66 |
| 05/21/14 | 106 | Barrick, Switzer Law Firm | Combined Check for Claims#et_al. | | | 8,547.08 | 4,993.58 |
| | | | Dividend paid 100.00%   4,498.00 on $4,498.00;  Claim# ; Filed: $4,498.00 | 3110-000 | | | 4,993.58 |
| | | | Dividend paid 100.00%   4,049.08 on $4,049.08;  Claim# ; Filed: $4,049.08 | 3120-000 | | | 4,993.58 |
| 05/21/14 | 107 | Discover Bank | Combined Check for Claims#1,1I | | | 3,828.60 | 1,164.98 |

Subtotals :   $22,521.09   $21,356.11

{} Asset reference(s)   Printed: 06/18/2014 01:13 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-81620  
**Case Name:** KELLOGG, SANDRA JUANITA  
**Taxpayer ID #:** **-***7322  
**Period Ending:** 06/18/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $780,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%     3,823.77<br>on $3,823.77;  Claim# 1;<br>Filed: $3,823.77 | 7100-000 | | | 1,164.98 |
| | | | Dividend paid 100.00%     4.83<br>on $4.83;  Claim# 1I;<br>Filed: $4.83 | 7990-000 | | | 1,164.98 |
| 05/21/14 | 108 | First National Bank of Omaha | Combined Check for Claims#4,4I | | | 163.72 | 1,001.26 |
| | | | Dividend paid 100.00%     163.51<br>on $163.51;  Claim# 4;<br>Filed: $163.51 | 7200-000 | | | 1,001.26 |
| | | | Dividend paid 100.00%     0.21<br>on $0.21;  Claim# 4I;<br>Filed: $0.21 | 7990-000 | | | 1,001.26 |
| 05/21/14 | 109 | Laurence A. Wilbrandt, Ltd. | Combined Check for Claims#3,3I | | | 1,001.26 | 0.00 |
| | | | Dividend paid 100.00%     1,000.00<br>on $1,000.00;  Claim# 3;<br>Filed: $1,000.00 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00%     1.26<br>on $1.26;  Claim# 3I;<br>Filed: $1.26 | 7990-000 | | | 0.00 |

|  |  | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 22,521.09 | 22,521.09 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 22,521.09 | 22,521.09 | |
| | Less: Payments to Debtors | | 5,426.28 | |
| | NET Receipts / Disbursements | $22,521.09 | $17,094.81 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4066 | 22,521.09 | 17,094.81 | 0.00 |
| | $22,521.09 | $17,094.81 | $0.00 |

{} Asset reference(s)